Saloni Mathur (CA State Bar No. 335028)
Email: smathur@mabr.com
MASCHOFF BRENNAN GILMORE & ISRAELSEN, PLLC
100 Spectrum Center Drive, Suite 1200, Irvine, CA 92618

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVARAD CORPORATION, a Utah corporation,<br><br>Plaintiff(s)<br>v.<br>NOVASIGNAL CORP., a Delaware corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-01077<br><br>~~ORDER~~ ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Veverka, Charles J.     of     MASCHOFF BRENNAN GILMORE & ISRAELSEN, PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*         1389 Center Drive, Suite 300
4352521360        4352521361                Park City, Utah 84098
*Telephone Number*    *Fax Number*
cveverka@mabr.com
*E-Mail Address*                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
NOVARAD CORPORATION

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Mathur, Saloni     of    MASCHOFF BRENNAN GILMORE & ISRAELSEN, PLLC
*Designee's Name (Last Name, First Name & Middle Initial)*    100 Spectrum Center Drive, Suite 1200, Irvine, CA 92618
335028     9492021900      9494531104
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
smathur@mabr.com
*E-Mail Address*                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[X] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
              [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              [ ] for failure to complete Application: _____
              [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
              [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  [ ] be refunded  [ ] not be refunded.

Dated FEBRUARY 23, 2022                    /s/ [signature]
                                        **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*       Page 1 of 1