JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVARAD CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVASIGNAL CORP.,<br><br>　　　　Defendant. | Case No. 2:22-cv-01077-SSS-AJRx<br><br>**FINAL JUDGMENT REGARDING ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT NOVASIGNAL [DKT. 94]** |

**JUDGMENT**

Pursuant to the Court's order granting Plaintiff Novarad Corporation's motion for default judgment, [Dkt. 94], **IT IS HEREBY ORDERED THAT**:[1]

1. Defendant NovaSignal, its officers, directors, shareholders, agents, employees, and all persons or entities in active concert or participation with them, pursuant to 15 U.S.C. § 1116, are enjoined and restrained from the following:

    a. Using in any manner any of the Infringing NOVA-Formative Marks, any of the NOVA Family of Marks, or any other designation that is confusingly similar to or a colorable imitation of any of the members of the NOVA Family of Marks;

    b. Using in any manner any trademark, service mark, words, abbreviations, designs, arrangements, or other combinations thereof that would imitate, resemble, or suggest any of the members of the NOVA Family of Marks;

    c. Any false or misleading description of fact, or false or misleading representation of fact, or other fact of unfair competition, which is likely to cause confusion, or to cause mistake, or to deceive as to the existence or nature of an affiliation, connection or association between NovaSignal and Novarad as to the origin, sponsorship, endorsement, authorization or approval by Novarad of NovaSignal's goods and services or commercial activities; and

    d. Otherwise, infringing Novarad's rights in the NOVA Family of Marks or in any of the members of the NOVA Family of Marks.

2. NovaSignal, its agents, servants, employees, officers, and those persons

---

[1] *See* Novarad's motion for default judgment for definition of the relevant terms. [Dkt. 94].

acting in concert or participating with NovaSignal, are permanently restrained and enjoined, under 15 U.S.C. § 1116, from any unfair competition with respect to its use of the Infringing NOVA-Formative Marks;

3. Novarad is hereby awarded its costs.

**IT IS SO ORDERED.**

Dated: August 6, 2024

_____
SUNSHINE S. SYKES
United States District Judge